PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Karl Venord                                      Cr.: 16-00250-001
                                                                   PACTS #: 67901

Name of Sentencing Judicial Officer:  THE HONORABLE MICHAEL A. SHIPP
                                      UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/17/2016

Original Offense: 18 U.S.C. § 1952 (a)(3)(A; Travel in Interstate Commerce to Promote Extortion

Original Sentence: 43 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Drug Treatment, Alcohol Treatment, Cooperate with INS, No New Debt/Credit, Mental Health Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/17/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1.                   The offender has violated the special supervision condition which states 'You must undergo treatment in a mental health program approved by the U.S. Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, or sex offense-specific treatment, as approved by the U.S. Probation Office, until discharged by the Court. The U.S. Probation Office will supervise your compliance with this condition.'

The offender failed to attend outpatient mental health treatment at Rutgers University Behavioral Health. He was discharged for missed sessions in June 2017, and despite instructions to return to treatment in July, he has failed to do so. Additionally, Venord's treatment provider prescribed Zoloft (50 mg) and Seroquel (100 mg) to be taken daily. The offender admitted that he is not taking the medication as prescribed. His lack of compliance with treatment directives is particularly concerning based on the findings by the immigration court in February 2017, that Venord was not mentally competent for deportation proceedings.

*It is also noted that on April 30, 2015, Your Honor committed the offender to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d), and that the facility in which the offender is hospitalized shall report to the Court if there was a substantial probability that, in the foreseeable future, the offender would attain the capacity to stand trial, as required by 18 U.S.C. § 4241(d)(1). On October 30, 2015, the offender was granted a "Certificate of Restoration of Competency to Stand Trial."*

**U.S. Probation Officer Action:**
The Probation office respectfully requests that a status conference be scheduled before Your Honor to address the offender's non-compliance. This will also give the Court an opportunity to witness Venord's current mental state.

Respectfully submitted,

Luis R. Gonzalez
2017.10.02
09:08:49 -04'00'
By: Kellyanne Kelb
Senior U.S. Probation Officer
Date: 10/02/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ A status hearing is scheduled for _October 18, 2017 at 2:00 pm_

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

10/5/2017
Date